IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLAUDIO HERNANDEZ, : No. 1:05-cv-1655
    Plaintiff, :
: (Judge Kane)
v. :
:
JOHN A. PALAKOVICH, et al., :
    Defendants :

## ORDER

**AND NOW,** on this 13th day of January, 2014, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's motions to strike (Doc. Nos. 182, 191) are **DENIED;**

2. Discovery in this matter is reopened for a period of forty-five (45) days from the date of this order for the limited purpose of allowing Plaintiff the opportunity to conduct the depositions of Tracy Williams and/or Lisa Hollibaugh in accordance with the attached Memorandum; and,

3. The pending motions for summary judgment filed by Defendants Weaver and Long (Doc. Nos. 142, 146) are **DENIED WITHOUT PREJUDICE TO RENEW AND SUPPLMENT** within twenty (20) days from the close of discovery.

                                                S/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania