IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLAUDIO HERNANDEZ,** | : | |
| | : | |
| Plaintiff | : | CIVIL NO. 1:05-CV-01655 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **JOHN A. PALACKOVICH, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

**NOW, THEREFORE, THIS 14th DAY OF MAY, 2015,** upon consideration of Defendants' Motions for Summary Judgment (Doc. Nos. 204, 208) and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1) The motions (Doc. Nos. 204, 208) are **DENIED IN PART** as follows:

   a) Defendants are not entitled to summary judgment on the basis of Plaintiff's failure to exhaust the available administrative remedies;

   b) Defendants are not entitled to summary judgment on the basis of Plaintiff's failure to submit expert witness testimony;

2) This case is hereby referred to

   Chief Magistrate Judge Martin C. Carlson
   228 Walnut St.
   P.O. Box 983
   Harrisburg, PA 17101
   (717) 614-4120

for settlement. The parties will file a status report to apprise the Court of the outcome of settlement discussions.

3) All proceedings in this case are hereby **STAYED** until further order of the Court.

                                          S/ Yvette Kane
                                          YVETTE KANE,
                                          United States District Judge
                                          United States District Court
                                          Middle District of Pennsylvania