**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CLAUDIO HERNANDEZ,** : | |
| Plaintiff : | |
| : | CIVIL NO. 1:05-cv-01655 |
| : | |
| v. : | (Judge Kane) |
| : | |
| **JOHN A. PALAKOVICH, et al.,** : | |
| Defendants : | |

## ORDER

**AND NOW**, on this 8th day of February 2017, in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT** Defendant Dr. Ronald Long, M.D.'s motion for summary judgment (Doc. No. 204), is **GRANTED**. The Clerk of Court is directed to enter judgment in favor of Defendant Dr. Ronald Long, M.D. and **CLOSE** this case.

                                                  s/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania